1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   <u>Mail</u>: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff, CHRIS LANGER

                 UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case No.: 2:20-cv-04942-ODW-KS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| AVENUE 26 HOLDINGS, LLC, a California Limited Liability Company; PARISEL, LLC, a California Limited Liability Company; LAURA WORCHELL, in individual and representative capacity as trustee of the Exempt Marital Trust under The Laura and Larry Worchell Family Trust dated January 21, 2005; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

                        CENTER FOR DISABILITY ACCESS

Dated: March 16, 2021    By: <u>/s/ Amanda Seabock</u>
                             Amanda Seabock
                             Attorney for Plaintiff

Notice of Settlement          -1-          2:20-cv-04942-ODW-KS