1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　Plaintiff,<br>　v.<br><br>AVENUE 26 HOLDINGS, LLC, a California Limited Liability Company; PARISEL, LLC, a California Limited Liability Company; LAURA WORCHELL, in individual and representative capacity as trustee of the Exempt Marital Trust under The Laura and Larry Worchell Family Trust dated January 21, 2005; and Does 1-10,<br><br>　　　Defendants. | Case No.: 2:20-cv-04942-ODW-KS<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Notice of Settlement　　　-1-　　　2:20-cv-04942-ODW-KS

1  Dated: _____                    _____
2                                        HONORABLE OTIS D. WRIGHT, II
                                              United States District Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27